FILED
2015 DEC 17 PM 2:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: 5:15-mj-498 |
|---|---|
| Enrique Marquez, Jr. DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/17/2015   12:45   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 2339

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1991

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: CAMERON PITCHER

10. Remarks (if any): _____

11. Name: JOEL T. ANDERSON   (please print)

12. Office Phone Number: 951 248 6596

13. Agency: FBI

14. Signature: /s/ Joel Anderson

15. Date: 12/17/2015

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION