1  HILARY POTASHNER (No. 167060)
   Federal Public Defender
2  (E-mail: Hilary_Potashner@fd.org)
                   (No.         )
3  Deputy Federal Public Defender
   (E-mail:                    )
4  3801 University Ave, Suite 700
5  Riverside, California 92501
   Telephone (951) 276-6346
6  Facsimile (951) 276-6368

7  Attorneys for Defendant
8

[FILED stamp: CLERK, U.S. DISTRICT COURT, DEC 17 2015, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION, BY DEPUTY]

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
                   SOUTHERN DIVISION
11

12  UNITED STATES OF AMERICA,      )   NO. 5:15-mj-498M
              Plaintiff,           )
13                                 )   Assertion of Fifth and Sixth
14                                 )   Amendment Rights
                                   )
           v. Enrique Marquez
15                                 )
                                   )
16            Defendant            )
                                   )
17  _____

         I, the above-named defendant, hereby assert my Fifth and Sixth Amendment
18  rights to remain silent and to have counsel present at any and all of my interactions with
19  the government or others acting on the government's behalf. I do not wish to, and will
20  not, waive any of my constitutional rights except in the presence of counsel. I do not
    want the government or others acting on the government's behalf to question me, or to
21  contact me seeking my waiver of any rights, unless my counsel is present.
22

23  _____              Young J. Kim _____
    (Defendant's Signature)             Attorney's Name/Signature
24

25
    Date/Time  12/17/15                          a.m./**p.m.**
26

27  Interpreter: _____
28
                            1