# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. ED15MJ00498-DUTY                Court Reporter  Adele Frazier     Date: 12/21/2015

Present: The Honorable  David T. Bristow                                    , U.S. Magistrate Judge

| D. Castellanos | Christopher D. Grigg | |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. Enrique Marquez | Attorney Present for Defendant: |
|---|---|
| | Young Kim / Angela Viramontes |
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☐ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present |

**PROCEEDINGS:  DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED

☐ Witnesses CST (see separate list).      ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☑ Court finds presumption under 18 USC 3142e _____ has not been rebutted.

☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.

☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.

☐ **Court sets bail at: $** _____ **.**      ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .

☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .

☐ Release Order Issued - Release No. _____ .

☑ Other:  Preliminary hearing and Post Indictment Arraignment has been previously set. Preliminary hearing set for January 4, 2016 at 4:30 p.m. and Post Indictment Arraignment set for January 6, 2016 at 9:30 a.m.  in the Riverside Courthouse.

**PROCEEDINGS:**      ☐ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
                ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
           ☐ GRANTED    ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to**  ☐ **set at: $** _____
        ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained.  See separate order.

☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list).      ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☐ Other _____

Release Order Issued - Release No. _____                    : 30

                                                        Deputy Clerk Initials  DC